# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PILGRIM SCREW CORPORATION,<br><br>              Plaintiff<br><br>v.<br><br>GERARD E. ATTANASIO and JEA ENTERPRISES, INC.,<br>              Defendants | C.A. No. 11-173- -M-LDA |

## **DISMISSAL STIPULATION**

By agreement of the parties, all claims are hereby dismissed with prejudice, no interest, no costs and no attorney's fees.

| PILGRIM SCREW CORPORATION | GERARD E. ATTANASIO and JEA ENTERPRISES, INC. |
|---|---|
| By its Attorneys, | By its Attorneys: |
| /s/ Steven E. Snow | /s/ Mary C. Dunn |
| Steven E. Snow (#1774)<br>Lauren F. Verni (#6831)<br>Partridge Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI  02903<br>(401) 861-8228 / (401) 861-8210 fax<br>ses@psh.com<br>lfv@psh.com | Stephen J. Reid , Jr., Esquire<br>Joseph V. Cavanagh , Jr., Esquire<br>Mary C. Dunn, Esquire<br>BLISH & CAVANAGH, LLP<br>30 Exchange Terrace<br>Providence, RI 02903<br>sjr@blishcavlaw.com<br>jvc@blishcavlaw.com<br>mcd@blishcavlaw.com |

DATED: September 19, 2012

1687512_1/6015-25